IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANTHONY D. GARLAND,**
**D.O.C. # L42997,**

 **Plaintiff,**

vs.              Case No. 4:12cv34-SPM/WCS

**MEDICAL HEALTH SERVICE, et al.,**

 **Defendants.**

_____/

## REPORT AND RECOMMENDATION

  Plaintiff, proceeding *pro se*, has submitted a civil rights complaint, doc. 1, and a motion seeking leave to proceed *in forma pauperis*, doc. 2. Plaintiff's complaint, though not a model of clarity, alleges the denial of medical treatment. Doc. 1. This claim is quite similar to two prior cases he attempted to file here: case 4:11cv256 and case 4:11cv235. Neither the current complaint, nor the earlier complaints, present allegations of imminent danger of serious physical injury, and Plaintiff did not pay the filing fee for this case. Plaintiff has attempted to seek *in forma pauperis* status. Doc. 2.

  Plaintiff has had more than three cases dismissed under 28 U.S.C. § 1915(e) and is, therefore, not entitled to proceed *in forma pauperis* in federal court pursuant to 28 U.S.C. § 1915(g). *See* cases 4:08cv580-RS/WCS and 4:09cv358-SPM/WCS in this

Court; and cases 08cv1020 and 08cv61054 were dismissed as frivolous by the Southern District of Florida, as well as case 08cv61052 which was dismissed for failure to state a claim. Furthermore, cases 4:10cv67-SPM/WCS, 4:11cv256-SPM/WCS and case 4:11cv235-RH/WCS were all dismissed in this court as barred by 28 U.S.C. § 1915(g).

Plaintiff is well aware that he is barred from proceeding with *in forma pauperis* status and the motion, doc. 2, must be denied, and this case dismissed under 28 U.S.C. § 1915(g).[1] Plaintiff's allegations concerning medical treatment which span many years do no bring him within the "imminent danger" exception.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** as Plaintiff is not entitled to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), and did not pay the filing fee at the time of case initiation, and that the Clerk be directed to note on the docket that this case was dismissed under 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on January 26, 2012.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The statute provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Case No. 4:12cv34-SPM/WCS

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**