IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GARLAND,

   Plaintiff,

v.                     4:12cv34-WS

MEDICAL HEALTH SERVICES, et al.,

   Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

  Before the court is the magistrate judge's report and recommendation docketed January 26, 2012.  See Doc. 4.  The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the "three strikes" provision of 28 U.S.C. § 1915(g).  The plaintiff has filed no objections to the magistrate judge's report and recommendation.

  This court having considered the record, it is ORDERED:

  1.  The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

  2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE under the "three strikes" provision of 28 U.S.C. § 1915(g).

  3.  The clerk shall enter judgment stating: "All claims are dismissed without

prejudice pursuant to 28 U.S.C. § 1915(g)."

DONE AND ORDERED this   27th   day of   February  , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE